IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 10-00244-01-CR-W-DW |
| ) | |
| EDWARD BAGLEY, SR., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is the Motion of Defendant Edward Bagley, Sr. For Authorization of Funds to Retain Investigator (the "Motion"). See Doc. 49. The Defendant also submitted a proposed Investigative Budget, and requested authorization for $21,600.00 in investigative services to, among other things, locate and interview witnesses. Following a review of the Motion and an ex parte hearing, this Court recommended to Chief Judge William Jay Riley that the proposed budget be approved. See C.J.A. Guidelines. On January 9, 2011, Chief Judge Riley approved Defendant's proposed budget. Consequently, it is hereby

ORDERED that the Motion of Defendant Edward Bagley, Sr. For Authorization of Funds to Retain Investigator (Doc. 49) is GRANTED. The Defendant is authorized to expend up to $21,600.00 in investigative funds as set forth in Defendant's Motion and Investigative Budget. To the extent possible, the Defendant shall coordinate investigative efforts and share discovery with the

other Defendants to avoid duplication of work and expenses.

       IT IS SO ORDERED.


Date:   January 25, 2011                                    /s/ Dean Whipple     
                                                            Dean Whipple
                                                  United States District Judge